MAY 25, 1967.

No. 1420, Misc. McVAIL *v.* CAVELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 29, 1967.

No. ——. IN RE SHOTT. It is ordered that Edgar I. Shott, Jr., of Cincinnati, Ohio, be permitted to resign voluntarily from the Bar of this Court. It is further ordered that his name be stricken from the roll of attorneys admitted to practice in this Court.

No. ——. PIERCE *v.* PINTO, PRISON FARM SUPERINTENDENT. Application for bail denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 371. CROWN COAT FRONT CO., INC. *v.* UNITED STATES, 386 U. S. 503. Motion for allowance of costs denied. *Edwin J. McDermott* for petitioner. *Solicitor General Marshall* for the United States in opposition.

No. 1308. OBER ET AL. *v.* NAGY ET AL. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1820, Misc. IN RE DISBARMENT OF QUIMBY. It is ordered that Charles H. Quimby III of Washington, District of Columbia, be suspended from the practice of law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.